# United States District Court

WESTERN DISTRICT OF WASHINGTON

Douglas Moman

        v.

Michael J. Astrue

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5148RBL

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation; and

2. The administrative decision is AFFIRMED.

 

May 26, 2009                                            BRUCE RIFKIN
                                                                              Clerk

                                                                       /s/Jennie L. Patton
                                                                              Deputy Clerk